IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| LESA PROCTOR, DUNCAN PROCTOR and JOHNNY ROBBINS, individuals, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | NO. 2:06-CV-255-J |
| ALLSUP'S CONVENIENCE STORES, INC., a New Mexico Corporation, LONNIE D. ALLSUP, an individual and BARBARA J. ALLSUP, an individual | § § § § § | |
| Defendants. | | |

## ORDER AUTHORIZING NOTICE PURSUANT TO 29 U.S.C. § 216(B)

On November 3, 2006, Plaintiffs filed a *Motion for Order Authorizing Notice to Potential Plaintiffs Similarly Situated Pursuant to 29 U.S.C. § 216(b)*. Plaintiffs move the Court for an order (1) compelling Defendants to produce the names, addresses or last known addresses, telephone numbers, and social-security numbers of all employees at Allsup's Stores from September 22, 2003 to the present and (2) authorizing that the forms entitled "Notice of Fair Labor Standards Act Lawsuit" and "Consent to Join" be sent to all employees who have not joined this action.

It is hereby ORDERED that, on or before May 9, 2007, Defendants shall provide Plaintiffs' counsel with the names, addresses or last known addresses, and telephone numbers (not social-security numbers) of all hourly employees who have worked at the Allsup's Convenience Stores located in Texas or New Mexico from April 18, 2004 to the date of this Order.

The Court also authorizes that the forms entitled "Notice of Fair Labor Standards Act Lawsuit" and "Consent to Join," filed herewith, be sent to these employees. Notices shall be mailed no later than May 30, 2007.

IT IS SO ORDERED.

Signed this _18th_ day of April 2007.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LESA PROCTOR, DUNCAN PROCTOR and JOHNNY ROBBINS, individuals, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | NO. 2:06-CV-255-J |
| ALLSUP'S CONVENIENCE STORES, INC., a New Mexico Corporation, LONNIE D. ALLSUP, an individual and BARBARA J. ALLSUP, an individual | § § § § § § | |
| Defendants. | | |

### NOTICE OF FAIR LABOR STANDARDS ACT LAWSUIT

TO: ALL PRESENT OR FORMER HOURLY EMPLOYEES WHO WERE OR ARE HOURLY EMPLOYEES IN THE EMPLOYMENT OF ALLSUP'S CONVENIENCE STORES, INC., WHO HAVE WORKED AT THE SUDAN, EARTH, PLAINVIEW, PAMPA, AND CANYON, TEXAS STORES, OR OTHER FACILITIES IN TEXAS OR NEW MEXICO, AT ANY TIME AFTER APRIL 18, 2004.

**1.   REASON FOR NOTICE**

The purpose of this Notice is to inform you of the existence of a group lawsuit in which you may be a member, to advise you of how your rights may be affected by this suit, and to instruct you on the procedure for participating in this suit if you so desire.

**2.   DESCRIPTION OF THE LAWSUIT**

On September 22, 2006, Lesa Proctor, Duncan Proctor, and Johnny Robbins ("Plaintiffs") filed this lawsuit against Allsup's Convenience Stores, Inc., a New Mexico Corporation, Lonnie D. Allsup, an individual, and Barbara J. Allsup, an individual, ("Defendants"), alleging that Defendants failed to pay their employees all of the wages required

by the overtime provisions of the federal Fair Labor Standards Act. Specifically, Plaintiffs allege that Defendants failed to pay for activities that occurred on time spent off the clock cleaning bathrooms, handling the transition from one shift to the other, balancing the receipts on the cash register between shifts, bagging ice, tracking inventory, stocking shelves, and generally overseeing the store in which they are employed, among other things. Plaintiffs seek back wages for the time spent in these activities. Defendants deny Plaintiffs' allegations. Specifically, Defendants allege that Allsup's Convenience Stores, Inc. pays its employees for all time spent performing work for the company, including overtime. Although the Court has authorized the issuance of this notice, the Court has made no decision about the case and does not endorse the position of either Plaintiffs or Defendants.

3. **PERSONS WHO HAVE A RIGHT TO PARTICIPATE IN THIS LAWSUIT**

Plaintiffs have filed this action on behalf of all present and past "shift time" employees who at anytime or presently work as shift time employees, who were employed by Allsup's, during the time period from the 18th day of April 2004 to this notice's date and who worked in Allsup's stores in Sudan, Earth, Plainview, Pampa, or Canyon, Texas, its other stores in Texas, and its stores in New Mexico. If you are one of these people, then you have a right to join this suit.

4. **HOW TO JOIN THE SUIT**

If you want to join in this suit, you must send the enclosed "Consent to Join" form to the lawyers representing the Plaintiff workers:

| | | |
|---|---|---|
| Law Offices of Philip R. Russ<br>2700 S. Western, Suite 1200<br>Amarillo, TX 79109<br>806-358-9293 – Telephone<br>806-358-9296 – Facsimile | or | Mark W. Laney<br>Law Offices of Laney & Stokes<br>600 Ash Street<br>Plainview, TX 79072-8093<br>806-293-2618 – Telephone<br>806-293-8802 – Facsimile |

Your "Consent to Join" form must be received at the above address no later than **Friday, June 29, 2007**. After that date, no "Consent to Join" forms will be accepted. If you do not want to join in this lawsuit, you do not need to do anything. You will be included only if you send in the "Consent to Join" form.

5. **EFFECT OF JOINING THE SUIT**

**IF YOU JOIN THE LAWSUIT**, you will be bound the Court's judgment, win or lose. That is, when the Court decides whether the law required Allsup's to pay for the disputed time, the decision will apply to all workers who join in the suit. If the workers win, you may be eligible to share in any back wage award; if the workers lose, no money will be awarded and you will not be able to file another lawsuit regarding the disputed hours of work.

6. **EFFECT OF NOT JOINING THE SUIT**

**IF YOU DO NOT JOIN IN THE LAWSUIT**, you will *not* be bound by the Court's decision and you will *not* be entitled to share in any back wage award if the Court rules for the workers. In addition, if you do not join in this lawsuit or file a lawsuit of your own, the time limit for acting on any wage claims you may have will continue to run and may cause your claim to be barred.

7. **YOUR LEGAL REPRESENTATIVE IF YOU JOIN THIS SUIT**

Plaintiffs are represented by the Law Offices of Philip R. Russ, a law firm in Amarillo, Texas and the Law Offices of Laney & Stokes, a law firm in Plainview, Texas. If you want to join in this lawsuit, these lawyers will represent you. You will not have to pay these lawyers for their services unless the Court awards you money. If that happens, the Court may deduct a reasonable amount from your award to pay the lawyers for their services representing the

workers. If you would prefer to hire a different lawyer to represent you, you have a right to do so, but you do not have to.

**8.     NO RETALIATION**

It is against the law for anyone to punish you for being a part of this lawsuit.

**9.     FURTHER INFORMATION**

If you have any questions about this notice, you may write to Plaintiffs' attorney Philip R. Russ, 2700 S. Western Street, Suite 1200, Amarillo, Texas 79109, and you may call him at 806-358-9293; or Mark Laney, 600 Ash Street, Plainview, Texas 79072, and you may call him at 806-293-2618.

**10.**    The Honorable Mary Lou Robinson, United States District Judge, who is presiding over this case, entered an order on the _18th_ day of _April_, 2007, directing that this notice be sent to the members of the class.

Signed this _____ day of _____ 2007.

_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| LESA PROCTOR, DUNCAN PROCTOR and JOHNNY ROBBINS, individuals, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | NO. 2:06-CV-255-J |
| ALLSUP'S CONVENIENCE STORES, INC., a New Mexico Corporation, LONNIE D. ALLSUP, an individual and BARBARA J. ALLSUP, an individual | § § § § § § | |
| Defendants. | | |

## CONSENT TO JOIN

I understand that this suit is being brought under the federal Fair Labor Standards Act. I have read and understand the notice accompanying this Consent. I hereby consent to become a party plaintiff herein and to be bound by the Court's decision.

Mail this form to:

Law Offices of Philip R. Russ
2700 S. Western, Suite 1200
Amarillo, TX 79109
806-358-9293 – Telephone
806-358-9296 – Facsimile

or

Mark W. Laney
Law Offices of Laney & Stokes
600 Ash Street
Plainview, TX 79072-8093
806-293-2618 – Telephone
806-293-8802 – Facsimile

_____
(signature)

_____
(type or print name)

_____
Street Address

_____
City      State      Zip Code

_____
Job Description-Department